**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson, U.S.M.J. |
| v. | : | Mag. No. 14-6722 |
| TONY MARCO | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sara F. Merin, Assistant United States Attorney), and Defendant Tony Marco (by Patrick N. McMahon, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and two prior continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and Defendant desire additional time to complete the negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3)     Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this ___ day of December, 2014;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including February 15, 2015; and it is further

**ORDERED** that the period from the date this Order is signed through and including February 15, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry consented to:

_____
Patrick N. McMahon, Esq.
Counsel for Defendant Tony Marco

_____
Sara F. Merin
Assistant United States Attorney

_____
Ronnell Wilson
Assistant United States Attorney
Chief, Narcotics/OCDETF

2